# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, et al., | Case No. 1:24-cv-01304-JLT-CDB |
| Plaintiffs, | ORDER CONTINUING SETTLEMENT CONFERENCE |
| v. | |
| FREEDOM MORTGAGE CORPORATION, | |
| Defendant. | |

These cases were set for a consolidated settlement conference on April 8, 2025. At the conference, Plaintiffs, who were proceeding *pro se*, informed the Court that they had just retained counsel who was present but who arrived to the video settlement conference after the matter had been called, appearances made and the Court was conducting the settlement conference. In light of the forgoing, and for good cause shown, the Court will continue the consolidated settlement conference and order Plaintiffs to file a confidential settlement statement.

Accordingly, the Court HEREBY ORDERS that:

1. Counsel for Plaintiffs shall file a notice of appearance by April 11, 2025;

2. The consolidated settlement conference in these cases is CONTINUED to **June 2, 2025, at 9:30 a.m.** The conference will be **in person** before the undersigned in Courtroom 9, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721;

     3.     Plaintiffs, through their attorney, shall file a confidential settlement statement by **May 27, 2025**; and

     4.     Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: **April 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge