**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRANCE MARSH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-01304 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFFS' FAILURE TO PROSECUTE AND TO OBEY COURT ORDERS AND LOCAL RULES<br><br>(Doc. 57) |

Terrance Marsh and Gesele Marsh seek to hold the defendant liable for alleged wrongful acts related to a modification agreement and foreclosure. (*See generally* Doc. 13.) On June 12, 2026, the Court dismissed the first amended complaint with leave to amend and directed Plaintiffs to file a second amended complaint within 21 days. (Doc. 55.) After Plaintiffs failed to file their SAC, the Court ordered Plaintiffs to show cause why terminating sanctions should not be imposed. (Doc. 56.) Plaintiffs did not respond to the order or otherwise communicate with the Court.

The magistrate judge found Plaintiffs have failed to obey this Court's orders and failed to prosecute this case, and terminating sanctions were appropriate for these failures. (Doc. 57 at 2-4.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 4.) The Court served these Findings and Recommendations on Plaintiffs and notified them that any objections were due within 14 days. (*Id.*) The Court advised them that the "failure to

file objections within the specified time may result in the waiver certain rights on appeal." (*Id.*, at 4-5), citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiffs did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 24, 2026 (Doc. 57) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiffs' failure to prosecute this case and to comply with the Court's orders.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 14, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE